In the Matter of the Accounting of SIDNEY WALLACH, as One of the Executors of and Trustees under the Will of KARL M. WALLACH, Deceased, Appellant.

BREINCHEN WALLACH et al., Individually and as Executors and Trustees et al., Respondents.

*Matter of Wallach*, 164 App. Div. 600, affirmed.
(Argued April 13, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1914, which affirmed a decree of the New County Surrogate's Court surcharging the accountant with and directing him to refund a certain sum of money retained by him as part compensation for services alleged to have been performed by him as attorney and counsel for the executors and trustees in the settlement and management of the estate of Karl M. Wallach, deceased.

*Alfred G. Reeves,* and *Solon J. Liebeskind* for appellant.

*Achilles H. Kohn* and *Benjamin F. Wollman* for Breinchen Wallach et al., respondents.

*Frederick W. Sperling* for Harry Wallach et al., infant respondents.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.